## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

PETLAND, INC.,

        Plaintiff,

v.

CITY OF GROVE CITY, et al.,

        Defendants.

Case No. 2:16-cv-345
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

On December 7, 2016, the Ohio General Assembly passed a bill preempting local ordinances that regulate the sale, delivery, barter, auction, broker, or transfer of a dog to a person from a pet store. The Governor of Ohio signed the bill into law on December 19, 2016. In light of this development, and at the request of both parties, the Court **STAYS** this case for ninety (90) days from the date of this order. Provided that the bill is not challenged during the stay (e.g., by referendum), Plaintiff has indicated that it will stipulate to dismissing the case with prejudice once the stay is lifted. Also in light of this legislative development, the Court **VACATES** the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for December 22, 2016.

    **IT IS SO ORDERED.**

12-19-2016
_____
**DATE**

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE